# PD-0614-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

No. PD-

JOSE AMILPAS,

Petitioner-Appellant

-vs-

THE STATE OF TEXAS,

Respondent-Appellee

On Petition For Discretionary Review Of
Appeal No. 01-14-00053-CR In The Appellate Court
For The First Appellate District At Houston

## PETITIONER'S MOTION REQUESTING LEAVE OF COURT TO FILE A LATE PETITION FOR DISCRETIONARY REVIEW; AND MOTION FOR A FINAL EXTENSION OF TIME UNDER RULE 68.2(c)

TO THE HONORABLE JUDGES OF THE COURT:

INTO COURT comes Jose Amilpas ("Amilpas"), Petitioner pro se in this action, to respectfully move this Court to grant him leave to file a late Petition For Discretionary Review ("PDR") of the decision and judgment of the First Court of Appeals entered on April 23, 2015, in No. 01-14-00053-CR, affirming the trial court's judgment in Cause No. 1334791 in the 174th Judicial District Court of Harris County, Texas.

FURTHER, Amilpas moves for a final extension of time of 15-days in accordance with the provision of Rule 68.2(c). In support of this motion, Amilpas offers the following:

### I.

The judgment of the Court of Appeals was rendered in this action on April 23, 2015; and under Rule 68.2(a) of the Texas Rules of Appellate Procedure Amilpas had thirty (30) days from that date during which to file his PDR, making his petition due on or before Saturday, May 23, 2015. However, counsel that represented Amilpas on appeal, realized that he would need more time than the thirty

-1-

days normally allotted for preparing and submitting his PDR, so counsel provided Amilpas with a prepared motion for an extension of time, that he submitted on May 18, 2015, seeking a ninety (90) day extension. The Court granted the extension, giving Amilpas until July 24, 2015, to file his PDR.

On July 22, 2015, Amilpas submitted his PETITIONER'S MOTION REQUESTING A SECOND EXTENSION OF TIME DURING WHICH TIME FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW, requesting that the Court allow him until October 22, 2015, for submitting his petition. In his motion, Amilpas explained to the Court, that he was having to rely on a fellow-prisoner to prepare his PDR, who had already had a much too heavy case-load when he agreed to take on Amilpas' case as his Agent-prochein ami. With the second extension, everything was working out, and coming together really rather well — it appeared that Amilpas would be able to get his PDR deposited into the prison mailbox on October 20, 2015 — but then a monumental catastrophe struck. The typing hammer on Amilpas' prochein ami's typewriter broke! Again! For the **eighth** time!! The prochein ami had to send the typwriter over to an inmate that works on them, and he is housed in a building that is in a different area of the facility than where the prochein ami is housed. That movement and operation required a week's time, 7-days; but once the typewriter was back in the prochein ami's hands, he was able to complete Amilpas' PDR so it would be possible to deposit it into the prison's internal Legal Mail System, on Friday evening, November 6, 2015.

## II.

This is Amilpas' final request for an extension of time, and he requests a 15-day extension under Rule 68.2(c)'s provision that allwos the Court to grant a final extension of time if the appellant "files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition." Amilpas had until October 22, 2015, as the last day for filing his petition, and 15 days from that date would make November 6, 2015, as being the final extended time for Amilpas to file his petition.

## P R A Y E R

WHEREFORE, PREMISES CONSIDERED, Petitioner Amilpas respectfully prays that this most Honorable Court will grant him an extension of 15-days, and will grant him leave of court to file the attached PETITION FOR DISCRETIONARY REVIEW belatedly.

Respectfully submitted,

JOSE AMILPAS, Petitioner-Appellant
Robertson Unit, TDCJ No. 1908295
12071 FM 3522
Abilene, Texas 79601-8799

## VERIFICATION BY UNSWORN DECLARATION

I, Jose Amilpas, TDCJ-CID No. 1908295, being presently incarcerated at the Robertson Unit of the Correctional Institutions Division of the Texas Department of Criminal Justice, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this, the FIFTH day of NOVEMBER, 2015.

JOSE AMILPAS

-3-

## CERTIFICATE OF SERVICE

I hereby certify and declare that a true and correct carbon copy of the attached PETITIONER'S MOTION REQUESTING LEAVE OF COURT TO FILE A LATE PETITION FOR DISCRETIONARY REVIEW; AND MOTION FOR A FINAL EXTENSION OF TIME UNDER RULE 68.2(c) has been served on the following individuals on the SIXTH day of NOVEMBER, 2015, by placing same into the prison's internal Legal Mail System for delivery by regular U.S. Postal Service first class mail, enclosed in postpaid and properly addressed envelopes, mailed to:

    Ms. Jessica Caird, Esq.
    Assistant district Attorney
    Harris County District Attorney's Office
    1201 Franklin Street, Suite 600
    Houston, Texas   77002

    and

    Ms. Lisa McMinn, Esq.
    State Prosecuting Attorney
    P.O. Box 13046 -- Capitol Station
    Austin, Texas   78711-3046


DATED:   05 NOVEMBER 2015                    _____
                                                        JOSE AMILPAS

-4-